UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Steven Kennedy )
)  Chapter 13
)  Case No. 19-40263-EDK
Debtor(s) )
)

**MOTION AND AGREED ORDER TO EXTEND TIME FOR CHAPTER 13 TRUSTEE TO FILE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND EXEMPTIONS**

Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee") and the Debtor(s) hereby move that this Court extend the deadline for the Trustee to file an Objection to Confirmation of the Chapter 13 Plan and Exemptions to _May 31_, 20_19_.

As grounds therefore, the parties state the following:

1. The Debtor(s) will produce the following documents to the Trustee on or before _____
   _X_ Federal & State Tax Returns each year for the term of the Plan
   _2018 Returns when filed_

2. The Debtor(s) shall file the following on or before _April 26_, 20_19_.
   _____ Amended Plan        _X_ DSO/Tax Affidavit
   _____ Amended Schedules_____
   _____ Other_____

3. In the event of a default on terms of this Motion and Order, it is agreed that upon the Trustee filing a Certificate of Non-Compliance, on seven (7) days notice to the Debtor(s) and Debtor's attorney, this case may be dismissed without further notice or hearing of the Court.

WHEREFORE, the Trustee and the Debtor request that the within Motion and Order be allowed.

_____    _____    _____
Chapter 13 Trustee              Attorney for Debtor(s)           Debtor(s)
                                Danielle Callahan Gill, Esq.    Steven Kennedy

SO ORDERED: _____    03/25/2019
             U.S. Bankruptcy Judge                    Dated