B 2100A (Form 2100A) (12/15)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

IN RE:

Steven C. Kennedy,

Debtor.

Case No. 19-40263-EDK
Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>US Bank National Association as trustee for CMSI REMIC Series 2005-06 - REMIC Pass-Through Certificates Series 2005-06</u>
Name of Transferee

<u>CitiMortgage, Inc.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

<u>Cenlar, FSB</u>
<u>425 Philips Blvd.</u>
<u>Ewing, NJ 08618</u>

Phone: N/A
Last Four Digits of Acct. #: <u>2572</u>

Court Claim # (if known): <u>2-1</u>
Amount of Claim: <u>$624,911.49</u>
Date Claim Filed: <u>03/20/2019</u>

Phones: <u>(866)613-5636</u>
Last Four Digits of Acct. #: <u>4328</u>

Name and Address where transferee payments should be sent (if different from above):

<u>Cenlar, FSB</u>
<u>425 Philips Blvd.</u>
<u>Ewing, NJ 08618</u>

Phone: N/A
Last Four Digits of Acct. #: <u>2572</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Joshua Ryan-Polczinski_____    Date: __05/29/2019_____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| IN RE:<br><br>Steven C. Kennedy,<br><br>Debtor. | Case No. 19-40263-EDK<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Joshua Ryan-Polczinski, state that on May 29, 2019, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of US Bank National Association as trustee for CMSI REMIC Series 2005-06 - REMIC Pass-Through Certificates Series 2005-06 using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Danielle Callahan Gill
Denise M. Pappalardo
Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Steven C. Kennedy
59 Hillside Avenue
Concord, MA 01742

Respectfully submitted,

US Bank National Association as trustee for CMSI REMIC Series 2005-06 - REMIC Pass-Through Certificates Series 2005-06,
By its Attorney

/s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski
BBO# 678007
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: 05/29/2019