United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 19-40263-edk
Steven Kennedy                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: admin                Page 1 of 2           Date Rcvd: Dec 10, 2019
                              Form ID: 309aauto         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.
```
db          +Steven Kennedy,    59 Hillside Avenue,    Concord, MA 01742-2824
aty         +Adam B. Nach,    Lane & Nach, P.C.,    2001 E. Campbell Ave, #103,    Phoenix, AZ 85016-5573
aty         +Danielle Callahan Gill,    Callahan Law Group, LLC,    400 TradeCenter,    Suite 5900,
              Woburn, MA 01801-7471
aty         +Joseph Dolben,    Marinosci Law Group, P.C.,    275 West Natick Road,    Suite 500,
              Warwick, RI 02886-1161
aty         +Keith McCarthy,    Harmon Law Offices, P.C.,    150 California Street,    Newton, MA 02458-1068
aty         +Richard T. Mulligan,    Harmon Law Offices, P.C.,    P.O. Box 610389,
              Newton Highlands, MA 02461-0389
intp        +Adam B Nach,    Lane & Nach, P.C.,    2001 E. Campbell St. #103,    Phoenix, AZ  85016,
              6 85016-5573
20393761    +Adam B. Nach,    Lane & Nach, P.C.,    2001 E. Campbell St. #103,    Phoenix, AZ 85016-5573
20292892     Alliance Legal Solutions, LLC,    c/o Ashley S. Rusher, Esq.,
              Blanco Tackabery & Matamoros, P.A.,    P.O. Drawer 25008,    Winston-Salem, NC 27114-5008
20292891     Ashley S. Rusher, Esq.,    Blanco Tackabery & Matamoros, P.A.,    P.O. Drawer 25008,
              Winston-Salem, NC 27114-5008
20399301    +Brian J. Mullen Chptr 7 Trustee-2:19-bk-08085-BKM,    c/o Adam B. Nach, Esq.,
              Lane & Nach, P.C.,    2001 East Campbell Avenue, Suite 103,    Phoenix, AZ 85016-5573
20292813     CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
20277153    +Harmon Law Offices,    150 California Street,    Newton, MA 02458-1068
20277155    +Middlesex Savings Bank,    Po Box 358,    Natick, MA 01760-0004
20322133     UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
              MADISON, WI 53708-8973
20333302    +US Bank National Association as trustee,    As serviced by Cenlar, FSB,    425 Philips Blvd,
              Ewing, NJ 08618-1430
20277169    +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
              Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: BJGMARSH.COM Dec 11 2019 06:13:00      Janice Marsh,    Janice G Marsh, LLC,
              446 Main Street,    19th Floor,    Worcester, MA 01608-2368
smg         +E-mail/Text: duabankruptcy@detma.org Dec 11 2019 01:12:15      CHIEF COUNSEL, LEGAL DEPARTMENT,
              DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
              19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
smg          EDI: MASSDOR Dec 11 2019 06:13:00      MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9564,
              Boston, MA  02114-9564
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Dec 11 2019 01:12:13      Richard King,
              Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
20277146    +EDI: AMEREXPR.COM Dec 11 2019 06:13:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
              El Paso, TX 79998-1540
20277147    +EDI: CHASE.COM Dec 11 2019 06:13:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
              Wilmington, DE 19850-5298
20277149    +EDI: CITICORP.COM Dec 11 2019 06:13:00      Citibank/Exxon Mobile,    Centralized Bankruptcy,
              Po Box 790034,    St Louis, MO 63179-0034
20277150    +EDI: CIAC.COM Dec 11 2019 06:13:00      Citimortgage,    Attn: Centralized Bankruptcy,
              Po Box 9438,    Gettsburg, MD 20898-9438
20277151     E-mail/Text: bankruptcy@dcu.org Dec 11 2019 01:12:29      Digital Efcu,    220 Donald Lynch Blvd.,
              Marlborough, MA 01752
20277152     E-mail/Text: bankruptcy@glsllc.com Dec 11 2019 01:12:01      Global Lending Service,
              Attn: Bankruptcy,    Po Box 10437,    Greenville, SC 29603
20310701     E-mail/Text: bankruptcy@glsllc.com Dec 11 2019 01:12:01      Global Lending Services LLC,
              1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
20350759    +EDI: IRS.COM Dec 11 2019 06:13:00      Internal Revenue Service,    Centralized Bankruptcy Unit,
              PO Box 7345,    Philadelphia, PA 19101-7345
20287931     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 11 2019 01:19:46      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
20277154    +EDI: TSYS2.COM Dec 11 2019 06:13:00      Macys/DSNB,    Attn: Bankruptcy,    9111 Duke Boulevard,
              Mason, OH 45040-8999
20305638    +EDI: MASSDOR Dec 11 2019 06:13:00      Massachusetts Department of Revenue,    Bankruptcy Unit,
              P O Box 9564,    Boston, MA 02114-9564
20277156    +E-mail/Text: bankruptcy@pracollect.com Dec 11 2019 01:12:21      Peter Roberts & Associates,
              Attn: Bankruptcy,    231 E Main Street, Suite 201,    Milford, MA 01757-2821
20277171     E-mail/Text: bankruptcy@wcu.com Dec 11 2019 01:12:02      Workers Credit Union,    815 Main St,
              Fitchburg, MA 01420
                                                                                              TOTAL: 17
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20277148*   +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
20383857*   +Internal Revenue Service,    P. O. Box 7346,    Philadelphia, PA 19101-7346
20382698*    Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7317,
              Philadelphia, PA 19101-7317
                                                                                   TOTALS: 0, * 3, ## 0
```

```
District/off: 0101-4          User: admin                Page 2 of 2           Date Rcvd: Dec 10, 2019
                              Form ID: 309aauto          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:

      Danielle Callahan Gill    on behalf of Debtor Steven  Kennedy dcallahan@callahanlawgroup.com, wgaudino@callahanlawgroup.com

      Janice  Marsh     janicemarsh1@gmail.com, MA44@ecfcbis.com

      Joseph  Dolben    on behalf of Creditor   Global Lending Services LLC jdolben@mlg-defaultlaw.com, yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com

      Keith  McCarthy    on behalf of Creditor    US Bank National Association as trustee for CMSI REMIC Series 2005-06 - REMIC Pass-Through Certificates Series 2005-06 mabk@harmonlaw.com, kmccarthy@ecf.courtdrive.com

      Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV

      Richard T. Mulligan    on behalf of Creditor   US Bank National Association as trustee for CMSI REMIC Series 2005-06 - REMIC Pass-Through Certificates Series 2005-06 mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com

      TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Steven Kennedy** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3062** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Massachusetts** | Date case filed in chapter **13**    **2/19/19** |
| Case number: | **19–40263** | Date case converted to chapter **7**    **12/6/19** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other document in the case.** Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Steven Kennedy | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 59 Hillside Avenue <br> Concord, MA 01742 | | |
| 4. | **Debtor's attorney** <br> Name and address | Danielle Callahan Gill <br> Callahan Law Group, LLC <br> 400 TradeCenter <br> Suite 5900 <br> Woburn, MA 01801 | | Contact phone 617–657–3489 <br><br> Email:  dcallahan@callahanlawgroup.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Janice Marsh <br> Janice G Marsh, LLC <br> 446 Main Street <br> 19th Floor <br> Worcester, MA 01608 | | Contact phone 508–797–5500 <br><br> Email:  janicemarsh1@gmail.com |

**For more information, see page 2>**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                                                          page **1**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608 | Hours open: Monday–Friday 8:30am–5:00pm<br><br>Contact phone 508–770–8900<br><br>Date: 12/10/19 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 13, 2020 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Worcester U.S. Trustee Office, 446 Main Street, 1st Floor, Worcester, MA 01608** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>Papers and any required fee must be received by the bankruptcy clerk's office **no later than 4:30 PM (Eastern Time)** by the deadlines listed. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/13/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Deadline to file §503(b)(9) requests:** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the Bankruptcy Clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors |
| 11. | **Proof of claim** | For holder(s) of a claim secured by a security interest in the debtor's principal residence, pursuant to Rule 3002(c)7(A): | **Filing deadline:** 70 days from the Filing Date of the Petition |
| | | For creditors other than those holding a *Claim Secured by a Security Interest in the Debtor's Principal Residence:* A date has not been set yet. No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**For more information, see page 3>**

| | |
|---|---|
| **12. Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2),(4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on line 9 of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **13. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **14. Financial Management Training Program Deadline for the Debtor** | **Deadline for debtor to attend a financial management training program approved by the United States Trustee: Sixty (60) days from the first date set for the meeting of creditors.** The discharge will not enter if the debtor fails to attend a financial management–training program approved by the United States Trustee or if the debtor attends such training and fails to file a certificate of completion with the U.S. Bankruptcy Court. The training is in addition to the pre–bankruptcy counseling requirement. A list of approved courses may be obtained from the United States Trustee or from the court's website at  www.mab.uscourts.gov. |
| **15. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **16. Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. |